**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Deanna Porter, Timothy Brown, and John Doe,
Defendants,

Of whom Deanna Porter is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2021-000067

---

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

---

Unpublished Opinion No. 2021-UP-188
Submitted May 25, 2021 – Filed May 26, 2021

---

**AFFIRMED**

---

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of Greenville, for Appellant.

Amanda B. Stiles, of South Carolina Department of Social Services, of Greenville, for Respondent.

Megan Goodwin Burke, of Greenville, for the Guardian ad Litems.

---

**PER CURIAM:**  Deanna Porter appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Porter's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.